| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Jennifer M. Urquizu<br>Affordable Legal Solutions<br>42690 Rio Nedo Suite F<br>Temecula, CA 92590<br>951-296-5493 Fax: 951-639-6063<br>231134<br>☐ Attorney for: | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br><br>Gary Steven Schardein<br>Donna Michelle Schardein<br>Debtor(s). | CASE NO.:<br>CHAPTER: 13<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

**PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY**

☐ Petition, statement of affairs, schedules or lists    Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____
☒ Other: _Motion to Continue/oppose Stay_    Date Filed: 7/27/11

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this _Declaration_ with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a _Statement of Social Security Number(s)_ (Form B21) and provided the executed original to my attorney.

_/s/ Gary Schardein_    Date 7/27/11
Signature of Signing Party
**Gary Steven Schardein**
Printed Name of Signing Party

_/s/ Donna M. Schardein_    Date 7/27/11
Signature of Joint Debtor
**Donna Michelle Schardein**
Printed Name of Joint Debtor

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the _Declaration of Debtor(s)_ or _Other Party_ before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this _Declaration_, the _Declaration of Debtor(s)_ or _Other Party_, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this _Declaration_, the _Declaration of Debtor(s)_ or _Other Party_, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the _Statement of Social Security Number(s)_ (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the _Statement of Social Security Number(s)_ (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the _Statement of Social Security Number(s)_ (Form B21) available for review upon request of the Court.

_/s/ Jennifer M. Urquizu_    Date 7/27/11
Signature of Attorney for Signing Party
**Jennifer M. Urquizu 231134**
Printed Name of Attorney for Signing Party

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Jennifer M. Urquizu**<br>42690 Rio Nedo Suite F<br>Temecula, CA 92590<br>951-296-5493 Fax: 951-639-6063<br>California State Bar Number: 231134<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for: Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Gary Steven Schardein<br>Donna Michelle Schardein<br><br><br>                                   Debtor(s). | CHAPTER: **13**<br>CASE NO.: **6:11-bk-33544**<br>DATE: **08/10/2011**<br>TIME: **10:30 am**<br>CTRM: **302**<br>FLOOR: **3RD Floor** |
|---|---|

## NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE
(with supporting declarations)
(MOVANT: Debtors Gary and Donna Schardein)

1. NOTICE IS HEREBY GIVEN to ALL CREDITORS , Chapter 13 Trustee, and affected creditors("Responding Parties"), their attorneys (if any), and other interested parties that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order imposing a stay or continuing the automatic stay as to certain creditors and actions described in the Motion on the grounds set forth in the attached Motion.

2. Hearing Location:   ☐ 255 East Temple Street, Los Angeles         ☐ 411 West Fourth Street, Santa Ana
                                     ☐ 21041 Burbank Boulevard, Woodland Hills   ☐ 1415 State Street, Santa Barbara
                                     ☒ 3420 Twelfth Street, Riverside

3. a. ☐ This Motion is being heard on REGULAR NOTICE pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response to this Motion with the Bankruptcy Court and serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this Motion.

   b. ☒ This Motion is being heard on SHORTENED TIME. If you wish to oppose this Motion, you must appear at the hearing. Any written response or evidence must be filed and served:
      ☐ at the hearing   ☐ at least ___ court days before the hearing.

      (1) ☒ A Motion for Order Shortening Time was not required (according to the calendaring procedures of the assigned judge).

      (2) ☐ A Motion for Order Shortening Time was filed per Local Bankruptcy Rule 9075-1(b) and was granted by the Court and such motion and order have been or are being served upon the appropriate creditor(s) and trustee, if any..

      (3) ☐ A Motion for Order Shortening Time has been filed and remains pending. Once the Court has ruled on that Motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached Motion and the deadline for filing and serving a written opposition to the Motion.

4. You may contact the Bankruptcy Clerk's office to obtain a copy of an approved court form for use in preparing your response (*Optional Court Form F 4001-1M.RES*), or you may prepare your response using the format required by Local Bankruptcy Rule 9004-1 and the Court Manual.

*(Continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                  **F 4001-1M.IS**

Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 2 of 10*    **F 4001-1M.IS**

| In re<br>**Gary Steven Schardein**<br>**Donna Michelle Schardein**<br>Debtor(s). | CHAPTER: **13**<br>CASE NO.: **6:11-BK-33705** |
|---|---|

5. If you fail to file a written response to the Motion or fail to appear at the hearing, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Dated:   July 26, 2011

**Affordable Legal Solutions**
*Print Law Firm Name (if applicable)*

**Jennifer M. Urquizu 231134**
*Print Name of Individual Movant or Attorney for Movant*

**/s/ Jennifer M. Urquizu**
*Signature of Individual Movant or Attorney for Movant*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

**F 4001-1M.IS**

Motion for Order Imposing a Stay or Continuing the Automatic Stay - Page 3 of 10       F 4001-1M.IS

| In re | CHAPTER: 13 |
|---|---|
| Gary Steven Schardein<br>Donna Michelle Schardein<br>Debtor(s). | CASE NO.: 6:11-BK-33705 |

# MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE
## (MOVANT: Debtors Gary and Donna Schardein)

1. **The Property or Debt at issue:**

    a. ☒ Movant moves for an order imposing a stay with respect to the following property ("this Property" or the "Property"):

    ☒ Vehicle *(describe year, manufacturer, type, and model)*: 2000 Buick Regal
    Vehicle Identification Number: 2G4WB55K5Y1313276

    Location of vehicle (if known): Debtors Possession

    ☐ Equipment *(describe manufacturer, type, and characteristics)*:
    Serial number(s):
    Location (if known):

    ☐ Other Personal Property *(describe type, identifying information, and location)*:

    ☒ Real Property
    Street Address: 28803 Avenida Estrella,
    Apt./Suite No.:
    City, State, Zip Code: Quail Valley, CA 92587
    Legal description or document recording number(include county of recording):
    ☒ See attached continuation page

    The following creditor(s) have a security interest or unexpired lease in this Property Guild Mortgage, P.O. Box 85046, San Diego, CA 92186-0000 to secure the sum of approximately $ **221,442.00** now owed. ("Secured Creditor/Lessor"). Additional creditors who are the subject of this motion, and their respective claims, addresses and collateral, are described on the continuation sheets attached. *(Attach additional sheets as necessary)*

    b. ☐ Movant moves for an order **imposing a stay** with respect to *any* and *all* actions against the Debtor and the estate taken concerning the debt/lease owed to the *Secured Creditors/Lessors* as described in this motion; and/or

    c. ☐ Movant moves for an order **imposing a stay** as to all creditors.

    d. ☐ Movant moves for an order **continuing the automatic stay** with respect to *any* and *all* actions against the Debtor and the estate taken concerning the debt/lease owed to the *Secured Creditor/Lessor*, and/or

    e. ☒ Movant moves for an order **continuing the automatic stay** as to all creditors.

2. **Case History:**

    a. ☒ A voluntary   ☐ An involuntary petition concerning an individual(s) under Chapter ☐ 7  ☐ 11  ☐ 12  ☒ 13 was filed concerning the present case on *(specify date)*: July 19, 2011

    b. ☐ An Order of Conversion to Chapter ☐ 7  ☐ 11  ☐ 12  ☐ 13 was entered on *(specify date)*:

    c. ☐ Plan was confirmed on *(specify date)*:

    d. ☒ Other bankruptcy cases filed by or against this Debtor have been pending within the past year preceding the peition date in this case. These cases and the reasons for dismissal are:
    1.  Case Name: In Re: Gary Schardein and Donna Schardein
    Case Number: 6:11-bk-23993          Chapter: 13
    Date Filed: April 28, 2011          Date Dismissed: June 13, 2011

    Relief from stay re this property   ☐ was   ☒ was not granted
    Reason for dismissal: Debtors' Motion to Determine Value of Real Property was set for hearing after the confirmation hearing contrary to the judge's policy to have the hearings heard contemporaneously with the confirmation.

---
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                           F 4001-1M.IS

Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 4 of 10*   **F 4001-1M.IS**

| In re | CHAPTER: 13 |
|---|---|
| **Gary Steven Schardein** <br> **Donna Michelle Schardein** <br><br> Debtor(s). | CASE NO.: 6:11-BK-33705 |

2. Case Name:
   Case Number:                Chapter:
   Date Filed:                 Date Dismissed:

   Relief from stay re this property   ☐ was   ☐ was not granted
   Reason for dismissal:

   ☐ See attached continuation page

   e. ☒ As of the date of this motion the Debtor ☒ has ☐ has not filed a statement of intentions regarding this Property as required under 11 U.S.C. §521(a)(2). If a statement of intentions has been filed, Debtor ☒ has ☐ has not performed as promised therein.

   f. ☒ The first date set for the meeting of creditors under 11 U.S.C §341(a) is ___ and the court ☐ has ☒ has not fixed a later date for performance by Debtor of the obligations described at 11 U.S.C.§521(a)(2). The extended date (if applicable) is ___

   g. ☐ In a previous case(s), as of the date of dismissal there was ☐ an action by the Secured Creditor/Lessor under 11 U.S.C. §362(d) still pending or ☐ such action had been resolved by an order terminating, conditioning or limiting the stay as to such creditor.

3. The equity in the property is calculated as follows:

   a. 1. Property description/value: 28803 Avenida Estrella, Quail Valley, CA 92587    $ 70,000.00
      2. Creditor/Lien amount: **Guild Mortgage**    $ 221,442.00
      3. Creditor/Lien amount: **California Housing Finance Agency**    $ 7,099.40
      4. Creditor/Lien amount: **California Housing Finance Agency**    $ 7,098.60
      5. Creditor/Lien amount: ___    $ ___
      6. Total Liens    $ ___
      7. Debtor's Homestead Exemption    $ ___
      8. Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)    $ (165,640.00)

   b. 1. Propery description/value: **2000 Buick Regal**    $ 2,000.00
      2. Creditor/Lien amount: **Westlake Financial Services**    $ 2,000.00
      3. Creditor/Lien amount: ___    $ ___
      4. Creditor/Lien amount: ___    $ ___
      5. Creditor/Lien amount:    $ ___
      6. Total Liens    $ ___
      7. Debtor's Homestead Exemption    $ ___
      8. Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)    $ (0.00)

   ☐ See attached continuation page(s)

4. **Grounds for Continuing the Stay:**

   a. ☒ Pursuant to 11 U.S.C. § 362(c)(3), the stay should be continued on the following grounds:

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                          F 4001-1M.IS

Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 5 of 10*    F 4001-1M.IS

| In re | CHAPTER: 13 |
|---|---|
| Gary Steven Schardein<br>Donna Michelle Schardein<br>Debtor(s). | CASE NO.: 6:11-BK-33705 |

1. ☒ The present case was filed in good faith notwithstanding that a prior single or joint case filed by or against the individual debtor which was pending within the year preceding the petition date was dismissed because: Debtors' Motion to Determine Value of Real Property was set for hearing after the confirmation hearing contrary to the judge's policy to have the hearings heard contemporaneously with the confirmation.
    - A. ☐ The prior dismissal was of a case not refiled under Chapter 7 after dismissal under 11 U.S.C.§707(b);
    - B. ☒ Good faith is shown because __
      ☒ See attached continuation page

2. ☒ The Property is of consequential value or benefit to the estate because:
    - A. ☐ The fair market value of the Property is greater than all liens on the property as shown above in paragraph 3 and as supported by declarations attached (describe separately as to each property);.
    - B. ☒ The Property is necessary to a reorganization for the following reasons: __
      ☒ See attached continuation page
    - C. ☐ The Secured Creditor/Lessor's interest can be adequately protected by (describe Movant's proposal for adequate protection:) __
      ☐ See attached continuation page

3. ☐ the presumption of a bad faith filing under 11 U.S.C.§362(c)(3)(C)(i) is overcome in this case as to *all creditors* because:
    - A. ☐ The prior dismissal was pursuant to the creation of a debt repayment plan. 11 U.S.C.§362(i);
    - B. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 and resulting in dismissal was excusable because such failure was caused by the negligence of debtor's attorney;
    - C. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 and resulting dismissal was excusable because __
      ☐ See attached continuation page
    - D. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because __
      ☐ See attached continuation page
    - E. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because __
      ☐ See attached continuation page
    - F. ☐ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows: __, From this, the Court may conclude that this case, if a case under Chapter 7, will result in a discharge or, if under Chapter 11 or 13, in a confirmed plan that will be fully performed.
      ☐ See attached continuation page
    - G. ☐ For the following additional reasons __
      ☐ See attached continuation page

4. ☐ The presumption of a bad faith filing as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(3)(C)(ii) is overcome in this case because __
    ☐ See attached continuation page

5. **Grounds for Imposing a Stay:**
    - a. ☐ Pursuant to 11 U.S.C.§362(c)(4) this case was filed in good faith and grounds exist for imposing a stay as follows:
        1. ☐ The Property is of consequential value or benefit to the estate because the fair market value of the Property is greater than all liens on the property as shown above in paragraph 3 and as supported by declarations attached.
        2. ☐ The Property is of consequential value or benefit to the estate because the Property is necessary to a reorganization for the following reasons: __.
           ☐ See attached continuation page
        3. ☐ The Secured Creditor/Lessor's interest can be adequately protected by (describe Movant's proposal for adequate protection): __
           ☐ See attached continuation page

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    F 4001-1M.IS

Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 6 of 10*    **F 4001-1M.IS**

| In re | | CHAPTER: 13 |
|---|---|---|
| Gary Steven Schardein<br>Donna Michelle Schardein | | CASE NO.: 6:11-BK-33705 |
| | Debtor(s). | |

b. ☐ The present case was filed in good faith notwithstanding that the prior single or joint cases filed by or against the individual debtor pending within the year preceding the petition date were dismissed, because:

   1. ☐ The prior dismissal was of a case not refiled under Chapter 7 after dismissal under 11 U.S.C.§707(b);
   2. ☐ Good faith is shown because ___
   ☐ See attached continuation page

c. ☐ The presumption of a bad faith filing under 11 U.S.C.§362(c)(4)(D)(i) is overcome in this case as to *all creditors* because:

   1. ☐ Debtor had a substantial excuse in failing to file or amend the petition or other documents as required by the court or Title 11, resulting in the prior dismissal(s) as follows: ___
   ☐ See attached continuation page

   2. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 and resulting dismissal was as the result of the negligence of Debtor's attorney;

   3. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because
   ☐ See attached continuation page

   4. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because ___
   ☐ See attached continuation page

   5. ☐ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows: ___ (from which the Court may conclude that this case, if a case under Chapter 7, may be concluded with a discharge or, if under Chapter 11 or 13, with a confirmed plan that will be fully performed.
   ☐ See attached continuation page

   6. ☐ For the following additional reasons ___
   ☐ See attached continuation page

d. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(4)(D)(ii) is overcome in this case because ___
   ☐ See attached continuation page

6. **Evidence in Support of Motion:** (Important Note: Declaration(s) in support of the Motion MUST be attached hereto).
   a. ☒ Movant submits the attached Declaration(s) on the Court's approved forms (if applicable) to provide evidence in support of this Motion pursuant to Local Bankruptcy Rules.
   b. ☐ Other Declaration(s) are also attached in support of this Motion
   c. ☐ Movant requests that the Court consider as admissions the statements made by Debtor(s) under penalty of perjury concerning Movant's claims and the Property set forth in Debtor's(s') Schedules. Authenticated copies of the relevant portions of the Schedules are attached as Exhibit ___.
   d. ☐ Other evidence (specify): ___

7. ☐ An optional Memorandum of Points and Authorities is attached to this Motion.

**WHEREFORE, Movant prays that this Court issue an Order Imposing a Stay and granting the following *(specify forms of relief requested)*:**

1. ☒ That the Automatic Stay be continued in effect as to *all creditors* until further order of the court.
2. ☐ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.
3. ☐ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                              **F 4001-1M.IS**

| Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 7 of 10* | F 4001-1M.IS |
|---|---|
| In re<br>**Gary Steven Schardein**<br>**Donna Michelle Schardein**<br>Debtor(s). | CHAPTER: 13<br>CASE NO.: |

4. ☐ That a Stay be imposed as to *all creditors* until further order of the court..

5. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

*(Continued on next page)*

6. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

7. ☐ For adequate protection of the Secured Creditor/Lessor by (specify proposed adequate protection) __

8. ☐ For other relief requested, see attached continuation page.

Dated: July 20, 2011

Respectfully submitted,

*Movant Name*
**Affordable Legal Solutions**
*Firm Name of Attorney for Movant (if applicable)*

By: /s/ Jennifer M. Urquizu
*Signature*

Name: Jennifer M. Urquizu 231134
*Typed Name of Individual Movant or Attorney for Movant*

## DECLARATION OF MOVANT

I Gary Schardein, am the Movant. I have read the foregoing motion consisting of **7** pages, and the attached materials incorporated therein by reference. I declare that the foregoing is true and correct to the best of my knowledge. If reference is made to balances owing, my testimony regarding same is based upon the business records of Movant kept in the ordinary course of business of Movant by persons whose responsibility it is to accurately and faithfully record information as to the debtor's account on or near the date of events recorded. I am one of the custodians of such business records. Executed this __July 21, 2011__ at __Temecula, CA__.

_____
Gary Schardein

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

F 4001-1M.IS

Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 8 of 10*      **F 4001-1M.IS**

| In re | CHAPTER: 13 |
|---|---|
| Gary Steven Schardein  Donna Michelle Schardein       Debtor(s). | CASE NO.: 6:11-BK-33705 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**42690 Rio Nedo Suite F
Temecula, CA 92590**

A true and correct copy of the foregoing document described as __Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 26, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**notice-efile@rodan13.com**

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __7/26/2011__, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Guild Mortgage (Certified)
Attn: Mary Ann McGarry, CEO
5898 Copley Drive
San Diego, CA 92111

Guild Mortgage (Certified)
Agent for Service of Process
5898 Copley Drive
San Diego, CA 92111
Attn: Lisa Kilka

California Housing Finance (Certified)
500 Capitol Mall, Ste 1400
Sacramento, CA 95814
Attn: Claudia Cappio, Director

☒ Service information continued on attached page

---
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                              **F 4001-1M.IS**

Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 9 of 10*    **F 4001-1M.IS**

| In re<br>**Gary Steven Schardein**<br>**Donna Michelle Schardein**<br>Debtor(s). | **CHAPTER: 13**<br>CASE NO.: 6:11-BK-33705 |
|---|---|

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 26, 2011 | Kimberly Powers | /s/ Kimberly Powers |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009    **F 4001-1M.IS**

Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 10 of 10*          **F 4001-1M.IS**

| In re | CHAPTER: 13 |
|---|---|
| Gary Steven Schardein<br>Donna Michelle Schardein<br>Debtor(s). | CASE NO.: 6:11-BK-33705 |

### SECURED CREDITOR ATTACHMENT

| | | |
|---|---|---|
| 1. California Housing Finance Agency | 500 Capitol Mall, Ste 1400, Sacramento, CA 95814-0000 | $7,099.40 |
| 2. California Housing Finance Agency | 500 Capitol Mall, Ste 1400, Sacramento, CA 95814-0000 | $7,098.60 |
| 3. Westlake Financial Services | P.O. Box 54807, Los Angeles, CA 90054-0000 | $2,000.00 |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                 **F 4001-1M.IS**

Gary Steven Schardein
27781 Cold Spring Road
Sun City, CA 92587


Donna Michelle Schardein
27781 Cold Spring Road
Sun City, CA 92587


Jennifer M. Urquizu
Affordable Legal Solutions
42690 Rio Nedo Suite F
Temecula, CA 92590


Aargon Agency
3025 W. Sahara
Las Vegas, NV 89102


Brian Schardein
28803 Avendia Estrella
Sun City, CA 92587


California Housing Finance Agency
500 Capitol Mall  STE 1400
Sacramento, CA 95814


Capitol One
PO BOX 105474
Atlanta, GA 30348


Guild Mortgage
PO BOX 85046
San Diego, CA 92186

Hunt & Henriques
151 Bernal Road Ste 8
San Jose, CA 95119


Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101


Michael Schardein
28803 Avenida Estrella
Sun City, CA 92587


Portfolio Recovery Assc
PO Box 4115
Concord, CA 94524


Sams Club/Discover
PO Box 981401
El Paso, TX 79998


Sears Master Card
Po Box 6283
Sioux Falls, SD 57117


Westlake Financial Services
PO BOX 54807
Los Angeles, CA 90054

1  **AFFORDABLE LEGAL SOLUTIONS**
   **JENNIFER M. URQUIZU SBN 231134**
2  42690 Rio Nedo Suite F
   Temecula, CA 92590
3  Telephone: 951-296-5492
   Facsimile:  951-639-6063
4

5  Attorney for Debtors,
   GARY SCHARDEIN and
6  DONNA SCHARDEIN

7
                    **UNITED STATES BANKRUPTCY COURT**
8                   **CENTRAL DISTRICT OF CALIFORNIA**
                         **RIVERSIDE DIVISION**
9

10
   In re:                              ) Case No:  6:11-bk-33544
11                                      )
   GARY SCHARDEIN and                   ) **CHAPTER 13**
12                                      )
                                        ) **DECLARATION OF DEBTORS**
13 DONNA SCHARDEIN                      ) **REGARDING SECURED DEBT**
                                        ) **PAYMENT HISTORY**
14         Debtors.                     )
                                        )
15 ──────────────────────────────       ) Confirmation Hearing
                                        ) DATE: August 31, 2011
16                                        TIME: 1:30 pm
                                          DEPT: Courtroom 302
17                                              United States Bankruptcy Court
                                                Central District of California
18                                              3420 Twelfth
                                                Riverside, California 92501

1

# DECLARATION OF GARY AND DONNA SCHARDEIN

We, Gary and Donna Schardein, declare:

1. We are the debtors in this Chapter 13 bankruptcy case filed on June 21, 2011.

2. The assets in the bankruptcy case include the real property located at the following street address: 28803 Avenida Estrella, Quail Valley, CA 92587 ("Property"). We have listed the Property on Schedule A with a value of $235,640.00. No foreclosure sale has been set but a notice of default was issued on July 8, 2011.

3. The Property is not our current residence.

4. The Property is encumbered by the following deeds of trust:

   a. First deed of trust in favor of Guild Mortgage.

      i. The current amount owed is $221,442.00.

      ii. The monthly mortgage payment is currently $1,609.63.

      iii. The unpaid, accrued arrearage is $11,648.23.

   b. Second Deed of Trust in favor of California Housing Finance Agency.

      i. The current amount owed is $7,099.40.

      ii. The monthly mortgage payment is currently $0.00. This debt does not mature until the home is sold or until thirty (30) years has passed, whichever occurs first.

      iii. The unpaid, accrued arrearage is $0.00.

   c. Third Deed of Trust in favor of California Housing Finance Agency

      i. The current amount owed is $7,098.60. This debt does not mature until the home is sold or until thirty (30) years has passed, whichever comes first.

///

2

  ii. The monthly mortgage payment is currently $0.00. This debt does not mature until the home is sold or until thirty (30) years has passed, whichever occurs first.

  iii. The unpaid, accrued arrearage is $0.00.

5. During each of the months listed below, we made the following payments:

| Month | Amount Paid to 1st Lienholder | Amount Paid to 2nd Lienholder* | Amount Paid to 3rd Lienholder* |
|---|---|---|---|
| July 2010 | $1,609.63 | $0.00 | $0.00 |
| August 2010 | $1,609.63 | $0.00 | $0.00 |
| September 2010 | $1,609.63 | $0.00 | $0.00 |
| October 2010 | $1,609.63 | $0.00 | $0.00 |
| November 2010 | $1,609.63 | $0.00 | $0.00 |
| December 2010 | $1,609.63 | $0.00 | $0.00 |
| January 2011 | $1,603.63 | $0.00 | $0.00 |
| February 2011 | $0.00 | $0.00 | $0.00 |
| March 2011 | $0.00 | $0.00 | $0.00 |
| April 2011 | $0.00 | $0.00 | $0.00 |
| May 2011 | $0.00 | $0.00 | $0.00 |
| June 2011 | $0.00 | $0.00 | $0.00 |
| July 2011 | $0.00 | $0.00 | $0.00 |

*These debts do not mature until the home is sold or until thirty (30) years have passed, whichever occurs first.

///

///

6. Attached to this declaration are true and correct copies of proof of any and all payments made during the last six months.

7. In 2010, our total income from all sources was $68,301.00.

8. Our total income for 2011 (year to date) from all sources is $32,801.73 as of the date of this declaration.

We declare under penalty of perjury that the foregoing is true and correct.

Dated: July 26, 2011            /s/ Gary Schardein
                                Gary Schardein

Dated: July 26, 2011            /s/ Donna Schardein
                                Donna Schardein

4

JENNIFER URQUIZU STATE BAR NO. 231134
LAW OFFICES OF JENNIFER URQUIZU
42690 Rio Nedo Suite F
Temecula, CA 92590
Telephone: 951-296-5492
Facsimile: 951-639-6063

Attorney for Debtor,
GARY and DONNA SCHARDEIN

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

In re:

GARY SCHARDEIN

and

DONNA SCHARDEIN

Debtors.

Case No: 6:11-bk-33544

DECLARATION OF DEBTOR
GARY SCHARDEIN IN SUPPORT OF
MOTION TO CONTINUE AUTOMATIC
STAY

Hearing
Date:   August 10, 2011
Time:   10:30 a.m.
Crtrm.: 302
Floor:  3rd Floor

## DECLARATION OF GARY SCHARDEIN

1. I, Gary Schardein, the Debtor in the above entitled case do hereby declare that the foregoing is true and correct and based upon my personal knowledge.

2. I am the owner of real property located at 28803 Avenida Estrella, Quail Valley, CA 92587.

3. This residence is an investment property for me and my wife and we have put in a substantial amount of time and money into it.

4. Without continuing the automatic stay, the first lien holder on my rental property will move forward with foreclosure proceedings.

5. On April 28, 2011, I filed a Voluntary Petition under Chapter 13 of the U.S. Bankruptcy Code. This case was dismissed on June 13, 2011. This dismissal was not due to any fault or bad faith on the part of Debtors. Rather, the case was dismissed because Debtors' Motion to Determine Value of Real Property was set for hearing after the confirmation hearing contrary to the Judge's policy to have the hearings heard contemporaneously with the confirmation. In short, the dismissal was a result of Debtors' counsel's oversight with regard to Honorable Wayne Johnson's procedures, and not a result of any actions by Debtors. As a result, the current filing is made in good faith.

6. I brought my plan payment with me to the 341(a) hearing for this previous filing. This would have resulted in a payment to a secured creditor on the first deed of trust.

7. On July 21, 2011 I filed another Voluntary Petition under Chapter 13 of the U.S. Bankruptcy Code.

8. The investment/rental property is of consequential value because it generates a substantial part of Debtors' income and will allow them to successfully meet the requirements for reorganization and confirmation of the Chapter 13 plan.

9. There is a strong likelihood of reorganization and confirmation of the Chapter 13 plan.

///

///

///

10. This current filing is made in good faith. Throughout my entire previous case I provided the Chapter 13 Trustee with all documents requested, and made my necessary post petition mortgage payments.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of July, 2011, executed at Temecula, California.

/s/ Gary Schardein
Debtor, Gary Schardein