AFFORDABLE LEGAL SOLUTIONS
JENNIFER M. URQUIZU SBN 231134
42690 Rio Nedo Suite F
Temecula, CA 92590
Telephone: 951-296-5492
Facsimile: 951-639-6063

Attorney for Debtors,
GARY SCHARDEIN and
DONNA SCHARDEIN

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>GARY SCHARDEIN and<br><br>DONNA SCHARDEIN<br><br>Debtors. | Case No: 6:11-bk-33544<br><br>CHAPTER 13<br><br>*SUPPLEMENTAL* DECLARATION OF DEBTORS REGARDING SECURED DEBT PAYMENT HISTORY<br><br>Confirmation Hearing<br>DATE: August 31, 2011<br>TIME: 1:30 pm<br>DEPT: Courtroom 302<br>United States Bankruptcy Court<br>Central District of California<br>3420 Twelfth<br>Riverside, California 92501 |

## SUPPLEMENTAL DECLARATION OF GARY AND DONNA SCHARDEIN

We, Gary and Donna Schardein, declare:

1. We are the debtors in this Chapter 13 bankruptcy case filed on June 21, 2011.

2. On July 27, 2011, we filed a Declaration Of Debtors Regarding Secured Debt Payment History along with a Notice of Motion and Motion in Individual Case For Order Imposing a Stay Or Continuing the Automatic Stay as the Court Deems Appropriate.

3. In reviewing Item 2 of our declaration, and in regards to the real property located at 28803 Avenida Estrella, Quail Valley, CA 92587, we discovered that we mistakenly listed the amount of the secured claim ($235,640.00) as the value we assigned to the property in Schedule A. Accordingly, we declare that we have listed the property on Schedule A with a value of $70,000.00

We declare under penalty of perjury that the foregoing is true and correct.

Dated: August 9, 2011            /s/ Gary Schardein
                                 Gary Schardein

Dated: August 9, 2011            /s/ Donna Schardein
                                 Donna Schardein

SUPPLEMENTAL DECLARATION OF DEBTORS REGARDING SECURED DEBT PAYMENT HISTORY

2

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Jennifer M. Urquizu<br>Affordable Legal Solutions<br>42690 Rio Nedo Suite F<br>Temecula, CA 92590<br>951-296-5493  Fax: 951-639-6063<br>231134<br>☐ Attorney for: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Gary Steven Schardein<br>Donna Michelle Schardein<br><br>                                                   Debtor(s). | CASE NO.:<br>CHAPTER: 13<br>ADV. NO.: |
|---|---|

**ELECTRONIC FILING DECLARATION**
**(INDIVIDUAL)**

### PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

☐ Petition, statement of affairs, schedules or lists — Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists — Date Filed: _____
☒ Other: _Supplemental Declaration of Debtors Secured debt payment_ — Date Filed: 8/9/11

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this _Declaration_ with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a _Statement of Social Security Number(s)_ (Form B21) and provided the executed original to my attorney.

_/s/ Gary Schardein_                                                                    8/9/11
Signature of Signing Party                                                              Date
**Gary Steven Schardein**
Printed Name of Signing Party

_/s/ Donna M Schardein_                                                                 8/9/11
Signature of Joint Debtor                                                               Date
**Donna Michelle Schardein**
Printed Name of Joint Debtor

### PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the _Declaration of Debtor(s) or Other Party_ before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this _Declaration_, the _Declaration of Debtor(s) or Other Party_, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this _Declaration_, the _Declaration of Debtor(s) or Other Party_, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the _Statement of Social Security Number(s)_ (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the _Statement of Social Security Number(s)_ (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the _Statement of Social Security Number(s)_ (Form B21) available for review upon request of the Court.

_/s/ Jennifer M. Urquizu_                                                               8/9/11
Signature of Attorney for Signing Party                                                 Date
**Jennifer M. Urquizu 231134**
Printed Name of Attorney for Signing Party

November 2006              This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.